UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEVE E. CIZMAR,

     Plaintiff,

v.                                Case No. 8:04-cv-2018-T-24TBM

JO ANNE B. BARNHART,
Commissioner of Social Security

     Defendant.
_____/

## ORDER

This cause comes before the Court on Plaintiff's Motion for Award of Attorney's Fees and Costs Pursuant to the Equal Access to Justice Act 28 U.S.C. § 2414.  (Doc. No. 16). Defendant does not oppose this motion.  (Doc. No. 19).

Parties agree that Plaintiff's attorney, Roger W. Plata, should receive payment of $145.00 per hour for 4.5 hours of work for a total of $652.50.  Parties also agree that Plaintiff's attorney should receive an award of costs of $150.00 for reimbursement of the filing fee.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1)    Plaintiff's Motion for Award of Attorney's Fees and Costs Pursuant to the Equal Access to Justice Act 28 U.S.C. § 2414 (Doc. No. 16) is **GRANTED**;

(2)    Roger W. Plata is awarded $652.50 for his fee and $150.00 in costs.

**DONE AND ORDERED** at Tampa, Florida, this 17th day of June, 2005.

                                                           SUSAN C. BUCKLEW
                                                           United States District Judge

Copies to:  Counsel of Record